[No. 3403-1.    Division One.    May 10, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. LEVY ARNETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 42518, Howard J. Thompson, J., entered August 10, 1965. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Andersen, J.

[No. 3501-1.    Division One.    May 10, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK MARVIN O'NEILL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 67937, Erle W. Horswill, J., entered December 30, 1974. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and James, J.

[No. 1743-2.    Division Two.    May 12, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD JAMES DEERING, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 46734, E. Albert Morrison, J., entered February 10, 1975. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 1598-3.    Division Three.    May 12, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. RODNEY MICHAEL LONAS, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 3821, B. J. McLean, J., entered June 6, 1975. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.